UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEMETRIUS M. HOLDER,          )
                             )
                Plaintiff,   )
                             )
v.                           )          **JUDGMENT**
                             )
U.S. MARSHALS OFFICE,        )          No. 5:16-CV-145-FL
                             )
                Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2016, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 15, 2016, and Copies To:**

Demetrius M. Holder (via U.S. Mail at 2512 Newbold Street, Raleigh, NC 27603)

July 15, 2016                    JULIE RICHARDS JOHNSTON, CLERK
                                   /s/ Susan W. Tripp
                                 (By) Susan W. Tripp, Deputy Clerk